DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESUS ALBERTO OTERO-CORDERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2488

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Jesus Alberto Otero-Cordero, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.